**No. 64230.**—Iceland Products, Inc. *v.* United States, protest 58/16720 (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v.

*United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.